UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THOMAS FARLEY AND
SUZETTE FARLEY,
    (Debtors)
_____/

Chapter 13

CASE NO.: 12-bk-00334

**MOTION TO PAY SECURED CREDITOR,
GROW FINANCIAL FEDERAL CREDIT UNION,
OUTSIDE CHAPTER 13 PLAN**

The Debtors, Thomas and Suzette Farley, by and through undersigned counsel, file this Motion to Pay Secured Creditor, Grow Financial Federal Credit Union, Outside Chapter 13 Plan and in support thereof states the following:

1. The Debtors filed for Relief under Chapter 13 of the United States Bankruptcy Code on January 11, 2012, for the purpose of reorganizing debts.

2. The Debtors are obligated to pay Grow Financial Federal Credit Union, as and for a vehicle loan on 2007 Dodge Caravan.

3. Only the pre-petition arrears, if any, to this Creditor will be paid through the Chapter 13 Plan.

4. The Debtors are current on post-petition payments to the Creditor, Grow Financial Federal Credit Union, are not in post-petition default and will remain current on payments to this Creditor.

5. The Debtors are aware that the granting of this Motion releases the Creditor, Grow Financial Federal Credit Union, from the constraints of the Automatic Stay.

6. It is in the best interests of the Debtors, the Creditor and the Estate that this Motion be granted since all entities benefit by prompt receipt of payments and the success of the plan.

WHEREFORE, the Debtors respectfully request this Honorable Court grant this Motion to Pay Secured Creditor, Grow Financial Federal Credit Union, Outside Chapter 13 Plan and such other further relief as the Court deems proper and just.

Respectfully submitted this 13th day of February, 2012.

/s/ Jennifer E. Jackson
Jennifer E. Jackson, Esq.
Nicole M. Cameron, P.A.
449 Apollo Beach Blvd.
Apollo Beach, FL 33572
Tel: (813) 645-8787
Fax: (866) 674-0164
Fla. Bar No.: 59059
Attorney for Debtors

## DECLARATION

The undersigned Debtors named in the foregoing Motion to Pay Secured Creditor Outside Plan hereby certifies and makes solemn oath under penalty of perjury that the statements and figures contained therein are true and correct to the best of the Debtors' knowledge, information and belief.

2/13/12
Date

_____
Thomas Farley

2/13/12
Date

_____
Suzette Farley

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent electronically or via U.S. Mail to: Assistant U.S. Trustee, 501 E. Polk St., #1200, Tampa, FL 33602; Tom Farley, 2014 Butch Cassidy Trail, Wimauma, FL 33598; Suzette Farley, 21299 E. Saddle Way, Queen Creek, AZ 85142; Grow Financial, P.O. Box 89948, Tampa, FL 33689; Grow Financial, P.O. Box 89947, Tampa, FL 33689, Attn: Kevin Wilson, Loss Recovery Specialist; and Terry Smith, Chapter 13 Trustee, P.O. Box 830, Memphis, TN 38101 this 13th day of February, 2012.

_____
Jennifer Jackson, Esq.
Nicole M. Cameron, P.A.
Florida Bar No.: 59059
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
Phone: (813) 645-8787
Fax: (866) 674-0164
Attorney for Debtors

# United States Bankruptcy Court
## Middle District of Florida

In re  **Thomas Farley**
      **Suzette Farley**
                                        Debtor(s)

Case No.  **8:12-bk-00334**
Chapter   **13**

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __Thomas Farley and Suzette Farley__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

2/13/12
Executed on (Date)

Thomas Farley
Signature of Debtor
or other claimant

Suzette Farley
Signature of Joint Debtor

Verified Document(s):

Full Descriptive Title
Motion to Pay Secured Creditor Outside of Plan

Date Executed
2/13/12