[8odpaydr] [ORDER DENYING DIRECT PAYMENTS TO SECURED CREDITOR]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                              Case No. 8:12−bk−00334−KRM
                                                                                    Chapter 13

Thomas Farley
2014 Butch Cassidy Trail
Wimauma, FL 33598

Suzette Farley
21200 E. Saddle Way
Queen Creek, AZ 85142

_____Debtor*_____/

ORDER DENYING DIRECT
PAYMENTS TO SECURED CREDITOR

THIS CASE came on for consideration of the motion filed by the Debtor on 2/13/2012 ("Motion") (Doc. No. 21 ) to make payments directly to a secured creditor, Grow Financial Credit Union ("Creditor") rather than through the Chapter 13 Trustee. It appears from a review of the Motion that it should be denied as moot pursuant to the Order Establishing Duties of the Trustee and Debtor ("the Order") filed in this case.

In accordance with paragraph 6 of the Order, the Debtor is authorized to make post petition payments directly to secured creditors or lessors on claims that are not in default, for which no arrearages are being cured through the plan, and which the plan does not modify. Accordingly, it is

**ORDERED**:

The Motion is denied as moot.

BY THE COURT

Dated:  February 13, 2012

_____
K. Rodney May
United States Bankruptcy Judge