**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                             CHAPTER 13

THOMAS FARLEY and
SUZETTE FARLEY,                      CASE NUMBER 8:12-bk-00334-KRM
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court. The Trustee cannot favorably recommend confirmation of this chapter 13 Plan as the Trustee is uncertain whether the Debtors' Plan is feasible. The Debtor wife had moved to the state of Arizona and was unemployed at the time of the 341 meeting. An amended budget demonstrating feasibility should be filed once new employment is obtained, and proof of her new income provided to the Trustee prior to the confirmation hearing.

Also, the Debtors did not accurately fill in Form B22C, Statement of Current Monthly Income, and they must file an amended Form B22C, Statement of Current Monthly Income prior to confirmation. Specifically, the Debtors deducted, on line item 29, $496.00 as a transportation ownership expense on a vehicle that is free and clear. The U.S. Supreme Court decided Ransom v. FIA Card Services, 562 U.S. ___ (2011) and held that a debtor who does not make car loan or lease payments may not take the car-ownership deductions. Therefore, the Debtors must amend the Official Form B22C to be

consistent with the <u>Ransom</u> decision, prior to the first confirmation hearing in this case. In the event the Debtors' vehicle is an older, high mileage, vehicle, then the Debtors may take an additional $200.00 car allowance.

In addition, condition of confirmation, the Trustee will likely require the Debtors to provide the Trustee with complete copies of their annual income tax returns each year during the life of the Plan.

Dated this 6th day of March, 2012.

                                        /S/ Terry E. Smith
                                        Terry E. Smith
                                        Chapter 13 Standing Trustee
                                        Post Office Box 6099
                                        Sun City Center, FL 33571-6099
                                        Phone: (813) 658-1165
                                        Fax:   (813) 658-1166

Copies:
Thomas Farley, 2014 Butch Cassidy Trail, Wimauma FL 33598
Suzette Farley, 22199 E. Saddle Creek Way, Queens Creek AZ 65142
Nicole Cameron, PA, 235 Apollo Beach Blvd. Ste. 231, Apollo Beach FL 33572
U.S. Trustee, 501 East Polk St. Suite 1200 Tampa FL 33602
TES*MEB/do