

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/13/2012 09:30 AM

COURTROOM   9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:12-bk-00334-KRM | 13 | 01/11/2012 |

Chapter 13

**DEBTOR:** Thomas Farley

Suzette Farley

**DEBTOR ATTY:** Jennifer Jackson

**TRUSTEE:** Terry Smith

**HEARING:**

Confirmation Hearing
> (cont'd from 3/28/2012)

**APPEARANCES::**
Terry Smith.

**RULING:**
Confirmation Hearing

(cont'd from 3/28/2012) - Confirmed; order by Trustee.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This docket entry/document is not an official order of the Court</b>